IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br><br>MARCOS RODRIGUEZ,<br><br>Debtor. | Chapter 7<br><br>Case No.  04-8549-PHX-SSC<br><br>Adv. No.  04-975 |
| NICOLE CLARK (f/k/as Nicole Rodriguez),<br><br>Plaintiff,<br><br>vs.<br><br>MARCOS RODRIGUEZ,<br><br>Defendant. | ORDER INCORPORATING<br>MEMORANDUM DECISION<br><br>(Opinion to Post) |

Based upon this Court's Memorandum Decision dated February 22, 2006, which is incorporated herein by reference:

The Court finds that the Plaintiff has met her burden of going forward under 11 U.S.C. § 523(a)(15), and the Debtor has not met his burden of persuasion. Therefore,

IT IS ORDERED that the entire debt owed to the Plaintiff, in the aggregate amount of $2,811.26, including any interest or costs thereon,  is nondischargeable under § 523(a)(15).[1]  The Plaintiff may file a separate judgment with this Court.

---

**1.** The Court concludes that the Best Buy obligation in the amount of $811.26 and the obligation due and owing to her attorney in the amount of $2,000, including any interest that shall accrue on said obligations at the Federal District Court Judgment Rate of Interest until said obligations are paid in full, are the entire debt owed to the Plaintiff.

1

DATED this 22rd day of February, 2006.

Honorable Sarah Sharer Curley
U. S. Bankruptcy Judge